**FAEGRE DRINKER BIDDLE & REATH LLP**
JOSHUA E. ANDERSON (SBN 211320)
*josh.anderson@faegredrinker.com*
DAVID A. BELCHER (SBN 330166)
*david.belcher@faegredrinker.com*
KAYLEE A. RACS (SBN 353919)
*kaylee.racs@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4000
Facsimile: +1 310 229 1285

Attorneys for Defendant
DAVITA INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR SANCHEZ, an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVITA INC. a Delaware corporation; MARTHA TASHJIAN, an individual; SHELLY MARTINEZ, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10742-HDV-AS<br><br>(Removed from the Los Angeles County Superior Court Case No. 25STCV29466)<br><br>**DEFENDANT DAVITA INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: October 8, 2025<br>Date Removed: November 7, 2025<br>FAC Filed: February 13, 2026<br>SAC Filed: July 6, 2026<br><br>Hearing Date: October 8, 2026<br>Hearing Time: 10:00 a.m. PT<br>Courtroom: 5B<br><br>*[Memorandum of Points and Authorities; Anderson Declaration; and [Proposed] Order, filed concurrently herewith]* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 8, 2026, at 10:00 a.m. Pacific Time, or as soon thereafter as the matter may be heard, before the Honorable Hernan D. Vera, in Courtroom 5B of the above-entitled court located at 350 West 1st Street, Los Angeles, California 90012, Defendant DaVita Inc. ("DaVita") will, and hereby does, move pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(a), and 9(b) to dismiss Plaintiff Victor Sanchez's ("Plaintiff") Second Amended Complaint ("SAC") (Dkt. No. 33) for failure to state a claim upon which relief can be granted.

Good cause exists to grant the Motion. Plaintiff's claims fail because his admission that he has continued peritoneal dialysis ("PD") treatment after contracting peritonitis shows that he does not and cannot adequately alleged causation, reliance, or injury. Plaintiff's claims also fail because he has not adequately alleged a causal link between DaVita's alleged deception and his doctor's decision to prescribe PD treatment for him. Plaintiff's breach of fiduciary duty and concealment claims fail because DaVita is not a physician, and the California Supreme Court has squarely held that non-physician entities that provide healthcare services do not owe fiduciary duties to patients. Plaintiff's Unfair Competition Law ("UCL") and False Advertising Law ("FAL") claims fail because: (1) Plaintiff waived and voluntarily dismissed these claims by omitting them from his First Amended Complaint and, having done so, he cannot resurrect them in his SAC; (2) Plaintiff has not adequately alleged his entitlement to restitution or injunctive relief, the only forms of relief available to private plaintiffs under the UCL and FAL; and (3) Plaintiff does not—and cannot—allege that he lacks an adequate remedy at law.

This Motion is based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the concurrently filed declaration of Joshua E. Anderson ("Anderson Decl."), the pleadings and papers on file in this action, and on such other and further matters, arguments, or evidence as may be presented at or before the hearing on this matter.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place via videoconference on August 11, 2026. *See* Anderson Decl. ¶¶ 4–5.

Dated: August 19, 2026

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Joshua E. Anderson*
Joshua E. Anderson
David A. Belcher
Kaylee A. Racs

Attorneys for Defendant
DAVITA INC.